# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**AXIOM RESOURCE MANAGEMENT, INC.,** *

**Plaintiff,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * *

**No. 07-223C**
**Filed: April 9, 2007**

## O R D E R

Plaintiff filed a complaint in the above-captioned case with this court on Friday, April 6, 2007, accompanied by a request for injunctive relief, including a Temporary Restraining Order, to enjoin performance by Lockheed Martin under a contract issued pursuant to Army Request for Quotations (RFQ) no. 154160. The court held a conference on this bid protest case on Monday, April 9, 2007. A court reporter was present and a transcript is available. At the April 9, 2007 conference, defendant advised the court that it had voluntarily issued a stop work order as to contract awardee Lockheed Martin, to permit the Government Accountability Office (GAO) to decide the most recent protest on the matter filed by plaintiff. Plaintiff, the incumbent contractor for the work at issue, advised the court that, based on the current, voluntary stay of performance by Lockheed Martin, plaintiff requests that the court dismiss the complaint at this time. Accordingly, the court **DISMISSES** the plaintiff's complaint, without prejudice.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**